**MEMO ENDORSED**

LAW OFFICES OF
**AMBROSE WOTORSON**
A PROFESSIONAL CORPORATION
SUITE 1811
26 COURT STREET
BROOKLYN, N.Y. 11242
TELEPHONE: 718 797-4861
FACSIMILE: 718 797-4863

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

VIA FACSIMILE (212-805-7949)

May 28, 2008

Honorable Judge P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Isaac v. City of New York, et al.*
      08-Cv-3474

Dear Honorable Judge Castel:

We represent the plaintiff, Steve Isaac, in the above-styled action.

We write to request an adjournment of the conference in this matter presently scheduled for Friday, May 30, 2008 at 10:30 a.m.

This request is based on the fact that the undersigned is presently scheduled to attend a previously re-scheduled conference in the matter of *Rosler v. NYCHHC, et al.*, 08-Cv-0819 before the Honorable Judge Cogan on this matter.

Further, the undersigned is scheduled in the matter of *Lloyd Milton v. Jammins Entertainment Complex*, Docket No.: 023727/2005, for a possible oral argument.

Finally, the defendants in this matter have not had the opportunity to interpose an Answer, as of this writing.

Respectfully,
Ambrose Wotorson (AWW-2412)

*[Handwritten endorsement: Initial conference adjourned from May 30, 2008 at to June 27, 2008 at 10:15 a.m. SO ORDERED. P. Kevin Castel USDJ 5-28-08]*