UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

STEVEN C. ISAAC,

                                          Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT
OF CORRECTION, KATHLEEN COUGHLIN, individually,

                                          Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ. 3474 (PKC)

      **PLEASE TAKE NOTICE** that Eric Eichenholtz, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York and the New York City Department of Correction.

Dated: New York, New York
          June 16, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel
                                          of the City of New York
                                      Attorney for Defendants City and DOC
                                      100 Church Street, Room 2-104
                                      New York, New York 10007
                                      (212) 788-0885
                                      eeichenh@law.nyc.gov


                             By:       _____/s/_____
                                         Eric Eichenholtz
                                         Assistant Corporation Counsel


To:     Ambrose Wotorson (via ECF)